IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| A2D TECHNOLOGIES, INC. AND § | |
| RILEY ELECTRIC LOG, INC. § | |
| Plaintiffs, § | |
| vs. § | |
| § | CASE NO.: 4:05-cv-1750 |
| M.J. SYSTEMS, INC. AND § | JURY |
| PETROFICHE, INC. d/b/a § | |
| M.J. SYSTEMS, INC. § | |
| Defendants. § | |

## FINAL JUDGMENT

The Court entered a Memorandum and Order on February 13, 2006 dismissing Plaintiffs' federal claims for trademark infringement and false advertising under the Lanham Act and Plaintiffs' separate state law claims, except for Plaintiffs' breach of contract claim. Thereafter, the parties filed a Joint Motion for Entry of Final Judgment that contains stipulations revealing that the Court's February 13, 2006 Memorandum and Order is a final disposition of Plaintiffs' claims, including Plaintiffs' breach of contract claim which is hereby dismissed with prejudice as to the 9,246 well logs referred to by the parties as the Alleged Defaults.

Because there is no just cause for delay, this Court finds that Plaintiffs have no viable claims remaining against Defendants and orders that Final Judgment is hereby entered in favor of Defendants M.J. Systems, Inc. and Petrofiche, Inc. against Plaintiffs A2D Technologies, Inc. and Riley Electric Log, Inc. All pending motions are denied as moot. Each party shall bear its own costs.

This judgment is made FINAL.

Entered this 16th day of June, 2006.

GRAY H. MILLER
United States District Judge